IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY LIESWALD, | |
| Plaintiff, | 8:08CV340 |
| v. | |
| ANTELOPE COUNTY, a Nebraska Political Subdivision, and DARREL HAMILTON, in his individual and official capacity as Sheriff of Antelope County, Nebraska, | **ORDER OF RECUSAL** <br> **REQUEST FOR REASSIGNMENT** |
| Defendants. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 21st day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge