## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDY LIESWALD, | ) | CASE NO. 8:08CV340 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTELOPE COUNTY, a Nebraska | ) | |
| Political Subdivision, and DARREL | ) | |
| HAMILTON in his individual and | ) | |
| official capacity as Sheriff of | ) | |
| Antelope County, Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff''s Motion for Enlargement of Time to File Brief in Opposition to Motion for Partial Judgment on the Pleadings (Filing No. 24). Plaintiff is requesting an extension of time, until December 4, 2008, to respond to the Defendants' Rule 12(c) Motion (Filing No. 22). Plaintiffs' counsel represents that the Defendants do not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 24) is granted; and

2. The Plaintiff shall respond to the Defendants' Rule 12(c) Motion for Partial Judgment on the Pleadings (Filing No. 22) by filing his brief and index of evidence, if any, on or before December 4, 2008.

DATED this 24th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge