### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RANDY LIESWALD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:08CV340** |
| | ) | |
| **ANTELOPE COUNTY, A Nebraska Political Subdivision and DARREL HAMILTON in his individual and official capacity as Sheriff of Antelope County, Nebraska,** | ) ) ) ) ) ) | **SCHEDULING ORDER (MEDIATION)** |
| | ) | |
| **Defendants.** | ) | |

Counsel appeared telephonically for a Rule 16 conference. K. C. Engdahl represented the plaintiff and George Martin represented the defendants. By agreement of the parties,

   **IT IS ORDERED:**

   1. The case will not be stayed, but the parties shall have until **May 4, 2009** to participate in mediation pursuant to the Mediation Plan for the U.S. District Court, District of Nebraska. Other information regarding mediation, including a list of federal mediators, is available on the court's web site, www.ned.uscourts.gov.

   2. By **March 19, 2009**, the parties shall notify the court of their choice of mediator and the date of their mediation session.

   3. Plaintiff's counsel shall electronically file a status report within five business days following the completion of the parties' settlement meeting, advising whether the case has been settled.

   4. The Clerk shall bring this file to the attention of the undersigned on **May 11, 2009**, or when notified that the mediation has been completed, whichever occurs first.


   **DATED: February 19, 2009.**

                                         BY THE COURT:


                                         s/ F.A. Gossett
                                         **United States Magistrate Judge**